**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

TIMOTHY E. PROFFITT and
NANCY J. PROFFITT,

      Plaintiffs,

v.                                                                                  Civil Action No. 2:09-cv-01180

GREENLIGHT FINANCIAL SERVICES,
a corporation, AMERICA'S SERVICING
COMPANY, a corporation, and U.S. BANK
NATIONAL ASSOCIATION, as Trustee for
MASTER Asset Backed Securities Trust,
2006-WMC 2,

      Defendants.

**CERTIFICATE OF SERVICE**

    I, Joseph M. Ward, certify that I electronically filed today, August 1, 2011, a copy of the foregoing **GREENLIGHT FINANCIAL SERVICES, INC'S AND WMC MORTGAGE, LLC'S RULE 26(a)(2) DISCLOSURE OF ANNA DESIMONE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Sara Bird, Esq.
        Daniel F. Hedges, Esq.
        Mountain State Justice, Inc.
        1031 Quarrier Street, Suite200
        Charleston, West Virginia  25301
            *Counsel for Plaintiffs*

        Ariella G. Silberman, Esq
        William W. Booker, Esq.
        Kay Casto & Chaney PLLC
        P.O. Box 2031
        Charleston, West Virginia 25327
            *Counsel for America's Servicing Company*

        Matthew D. Patterson, Esq.
        Nelson, Mullins Riley & Scarborough
        1320 Main Street, 17th Floor
        Columbia, SC  29202
            *Counsel for America's Servicing Company*

R. Terrance Rodgers, Esq.
Wayne H. Xu
Allen Guthrie & Thomas, PLLC
P.O. Box 3394
Charleston, West Virginia  25333
    *Counsel for Defendant WMC Mortgage, LLC*


/s/ Joseph M. Ward_____
Joseph M. Ward (WV State Bar #9733)